# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
### United States District Court
### Southern District of New York

Mag. Dkt. No. **23 Mag 1349**  
USAO No. **2022R01271**

Date **March 14, 2023**

The Government respectfully requests the Court to dismiss without prejudice the

☑ Complaint ☐ Removal Proceedings in

*United States v.* **Keith Russell**

The Complaint/Rule 40 Affidavit was filed on **Feb. 21, 2023**

☑ U.S. Marshals please withdraw warrant

**JANE CHONG**  
Digitally signed by JANE CHONG  
Date: 2023.03.14 10:13:11 -04'00'

ASSISTANT UNITED STATES ATTORNEY  
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**  
DATE: **3/14/2023**

*/s/ Katharine H. Parker*  
UNITED STATES MAGISTRATE JUDGE